

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00099-CR

_____

CLYDE GARNETT LAND, III, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 242nd District Court
Hale County, Texas
Trial Court No. B17581-0803, Honorable Edward Self, Presiding

May 22, 2013

## ON ABATEMENT AND REMAND

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Clyde Garnett Land, III appeals from his conviction for theft. The district clerk has requested an extension of time to file the record, stating that appellant has not paid or made arrangements to pay for the record.

Accordingly, we abate this appeal and remand the cause to the 242nd District Court of Hale County (trial court) for further proceedings. Upon remand, the trial court shall determine the following:

1. whether appellant desires to prosecute the appeal;

2. whether appellant is indigent; and, if so,

3. whether appellant is entitled to a free record or appointed counsel.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters (including the name, address, and phone number of any attorney it may appoint to represent appellant in this appeal) in a supplemental record and cause that record to be filed with this court by June 21, 2013. Should further time be needed to perform these tasks, then same must be requested before June 21, 2013.

It is so ordered.

Per Curiam

Do not publish.